FRED W. SILBERKRAUS, Respondent, *v.* SCHAFFER STORES COMPANY, INC., Appellant.

(Argued December 7, 1928; decided December 31, 1928.)

*Harry M. Schaffer* for appellant.
*Charles G. Fryer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.